UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY ALLEN DRAPER, | ) | Case No. 4:23-cv-2298 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes Jr. |
| WELLPATH, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

*Pro se* Plaintiff Timothy Draper filed this prisoner civil rights action on November 29, 2023. (ECF No. 1.) He did not pay the filing fee or a complete an application to proceed *in forma pauperis*. Accordingly, in an Order dated February 23, 2024, that was mailed to Plaintiff at the address he provided, Plaintiff was ordered either to pay the filing fee or to file a complete application to proceed *in forma pauperis* within 30 days in order to proceed with the case. (ECF No. 4.) The Order expressly notified Plaintiff that his case may be dismissed without further notice if he failed to do so.

More than thirty days have now passed, and Plaintiff has not complied with the Court's Order or responded in any way. Accordingly, the Court dismisses this action without prejudice for want of prosecution. *See May v. Pike Lake State Park*, 8 F. App'x 507, 508 (6th Cir. 2001) (affirming dismissal of *pro se* action for lack of prosecution where plaintiff failed to comply with a "readily comprehended" court deficiency order); *Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991).

Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal from this order could not be taken in good faith.

**SO ORDERED.**

Dated: March 29, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio